DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JAMES ROBERT SMITH and NAN CHEN SMITH,

Petitioners,

v.

STATE OF FLORIDA,

Respondent.

No. 2D23-2597

————————————————

April 12, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Laura E. Ward, Judge.

Luke Lirot of Luke Charles Lirot, P.A., Clearwater, for Petitioners.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley,
Senior Assistant Attorney General, Tampa, for Respondent.


PER CURIAM.

    Dismissed.

SLEET, C.J., and LUCAS and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.